IT IS SO ORDERED.
Signed September 27, 2011

**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

Breck E. Milde, Esq. (State Bar No.122437)
bmilde@terra-law.com
TERRA LAW LLP
177 Park Avenue, Third Floor
San Jose, California 95113-2336
Telephone: (408) 299-1200
Facsimile: (408) 998-4895

Attorneys for Plaintiff
Dan Bassler

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Branch)

| | |
|---|---|
| In re:<br>STEVEN MCVAY,<br>              Debtor. | Chapter 13<br>Bankruptcy Case No. 10-51273 ASW<br>Adversary Proceeding No.: 10-05162<br>**JUDGMENT** |
| DAN BASSLER,<br>              Plaintiff,<br>   vs.<br>STEVEN MCVAY,<br>              Defendant. | |

    Defendant Steven McVay having been regularly served with process, having failed to appear and answer plaintiff's complaint filed herein, and the default of said defendant having been duly entered and evidence having been provided to this Court,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff have and recover from said defendant a money judgment in the sum of $82,234.16, attorney's fees in the sum of $5,150.25, and legal costs in the sum of $254.60 for a total of $87,639.01. Said judgment is not dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A).

                        \*      \*      \*

                  [End of Judgment]

1162864

# COURT SERVICE LIST

Steven McVay
960 Stonehurst Way
Campbell, CA  94008